# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARICANNE ANDREOZZI, et al.
    Plaintiffs,

v.                                                     1:17-cv-00129-MSM-LDA

SYNRGY HEALTH AND
FITNESS, LLC, et al.
    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Pursuant to this Court's order entered on September 21, 2020 and in accordance with Fed. R. Civ. P. 58., judgment is hereby entered in favor of Plaintiff Maricanne Andreozzi in the total amount of $12, 360.00 ($4,120 in wages and compensation and $8,240.00 in liquidated damages) and Plaintiff Steven Tripp in the total amount of $53,343.00 ($17,781.00 in wages and compensation and $35,562 in liquidated damages), and against Synrgy Health and Fitness, LLC and Michael T. Owen, Jr.

<u>It is so ordered</u>.

September 21, 2020                                By the Court:

                                                               /s/ Hanorah Tyer-Witek.
                                                               Clerk of Court