UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MARICANNE ANDREOZZI, et al.
    Plaintiffs,

       v.                     1:17-cv-00129-MSM-LDA

SYNRGY HEALTH AND
FITNESS, LLC, et al.
    Defendants.

**AMENDED JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Pursuant to this Court's order entered on September 21, 2020 and in accordance with Fed. R. Civ. P. 58., judgment is hereby entered in favor of Plaintiff Marcianne Andreozzi in the total amount of $17,551 ($4,120 in wages and compensation, $8,240.00 in liquidated damages, and $5,191 in prejudgment interest) and Plaintiff Steven Tripp in the total amount of $75,747 ($17,781.00 in wages and compensation, $35,562 in liquidated damages, and $22,404 in prejudgment interest), and against Synrgy Health and Fitness, LLC and Michael T. Owen, Jr.

      It is so ordered.

January 13, 2021                          By the Court:

                                                                       /s/ Hanorah Tyer-Witek.
                                                                       Clerk of Court